IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-103-H

| | |
|---|---|
| VERNON GRIMES, | ) |
| Petitioner, | ) |
| v. | )     **ORDER** |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

This matter is before the court on petitioner's motion for relief from the order and judgment dismissing his motion to vacate pursuant to 28 U.S.C. § 2255. The court notes that judgment was entered in his 2255 motion on January 10, 2013, and petitioner appealed. The Fourth Circuit Court of Appeals dismissed his appeal on November 7, 2013, finding no reason to grant a certificate of appealability. Finding no reason to alter or amend the judgment in this matter, petitioner's motion for relief [DE #63] is DENIED.

This 30th day of September 2014.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26